**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CAROLYN MILLER, | : | No. 402 EAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOANNA JOHNSON HARRIS, JAMES | : | |
| HARRIS AND ARB INTERNATIONAL, | : | |
| INC. D/B/A G.S.J. PROPERTIES, INC., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.